Calvin R. X. Dunlap, Esq.
Nevada State Bar #2111
Monique Laxalt, Esq.
Nevada State Bar #1969
Dunlap & Laxalt
537 Ralston Street
Reno, Nevada 89503
(775) 323-7790
*Attorneys for Defendant and*
*Counterclaim Plaintiff*
*Chartwell Advisory Group, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA DEVELOPMENT CO d/b/a CLUB CAL NEVA, | CASE NO.  3:13-cv-00602-RCJ-VPC |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| vs. | |
| CHARTWELL ADVISORY GROUP, LTD., | [Refiled Pursuant to Notice Dated 11/12/2013 (Doc. No. 11)] |
| Defendant. | |

CAESARS ENTERTAINMENT
OPERATING COMPANY, INC., a Delaware
Corporation; HARRAH'S LAS VEGAS,
LLC, a Nevada Limited Liability Company;
HARRAH'S LAUGHLIN, LLC, a Nevada
Limited Liability Company; HARVEYS
TAHOE MANAGEMENT COMPANY,
INC., a Nevada Corporation; RIO
DEVELOPMENT COMPANY, INC., a
Nevada Corporation; RIO PROPERTIES,
LCC, a Nevada Limited Liability Company;
and 3535 LV CORP, a Nevada Corporation,

Plaintiffs,

vs.

CHARTWELL ADVISORY GROUP, LTD.,

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

MESQUITE GAMING, LLC; RBG, LLC;
B&BB, INC.; CASABLANCA RESORTS,
LLC;

MGM RESORTS INTERNATIONAL;
COLORADO BELLE CORP.;
EDGEWATER HOTEL CORP;
GOLDSTRIKE INVESTMENTS, INC.;
MSE INVESTMENTS, INC.; NEW
CASTLE CORP; RAMPARTS, INC;

PEPPERMILL, INC.; PEPPERMILL
HOTEL & CASINO, INC.; WENDOVER
CASINOS, INC.; PEPPERMILL CASINOS,
INC.;

ARCHON CORP.;

RIVERSIDE RESORT AND HOTEL
CASINO, INC.;

CIRCUS AND ELDORADO JOINT
VENTURE;

SPARKS NUGGET, INC.;

STATION CASINOS, INC.;

TROPICANA ENTERTAINMENT, INC.;
COLUMBIA PARTNERS LAS VEGAS
LLC; COLUMBIA PARTNERS
LAUGHLIN LLC; COLUMBIA
PARTNERS TAHOE LLC; TROPICANA
EXPRESS, INC.; WIMAR TAHOE CORP.;

TROPICANA LAS VEGAS, INC.; HOTEL
RAMADA OF NEVADA LLC;

               Counterclaim Defendants.

_____/

Pursuant to L.R. 7.1-1, Defendant and Counterclaim Plaintiff Chartwell states that the

following persons, entities, corporate parents and corporate affiliates have an interest in the

3

outcome of this case:

1. Law Offices of John S. Bartlett;

2. Morrison & Forrester, LLP;

3. Plaintiff and Counterclaim Defendant Sierra Development Co d/b/a Club Cal Neva;

4. Plaintiffs and Counterclaim Defendants Caesars Entertainment Operating Company, Inc., a Delaware Corporation; Harrah's Las Vegas, LLC, a Nevada Limited Liability Company; Harrah's Laughlin, LLC, a Nevada Limited Liability Company; Harvey's Tahoe Management Company, Inc., a Nevada Corporation; Rio Development Company, Inc., a Nevada Corporation; Rio Properties, LLC, a Nevada Limited Liability Company; and 3535 LV Corp, a Nevada Corporation.

**Corporate Parent**:

Caesars Entertainment Corporation (formerly known as Harrah's Entertainment Corporation), a publicly traded Delaware corporation headquartered at One Caesars Palace Drive, Las Vegas, Nevada, phone (702) 407-6000.

Caesars Entertainment Corporation is a 89.3 percent owned subsidiary of Apollo Global Management, LLC and TPG Capital LP affiliates, and a 9.9 percent owned subsidiary of the Paulsen Investors Group.

Caesars Entertainment Operating Company, Inc., (formerly known as Harrah's Entertainment Operating Company, Inc.), a wholly owned subsidiary of Caesars Entertainment Corporation, operates 52 hotel and/or casinos in 13 U.S. states and 12 countries, primarily under the brand names, Caesars, Harrah's, and Horseshoe.

**Corporate Affiliates**:

See **Exhibit 1** for a complete list of affiliates and subsidiaries of Caesars Entertainment Corporation and Caesars Entertainment Operating Company, Inc., as of March 1, 2013.

**Corporate Hotel and/or Casino dba Properties in Nevada**:

Caesars Palace Hotel and Casino, Las Vegas, Nevada (Caesars Palace)
Harrah's Las Vegas Hotel and Casino, Las Vegas, Nevada (Harrah's Las Vegas)

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

4

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3699
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

Rio All Suite Hotel and Casino (Rio)

Bally's Las Vegas Hotel and Casino, Las Vegas, Nevada (Bally's)

Flamingo Las Vegas Hotel and Casino, Las Vegas, Nevada (Flamingo)

Paris Las Vegas Hotel and Casino, Las Vegas, Nevada (Paris)

Planet Hollywood Resort and Casino, Las Vegas, Nevada (Planet Hollywood)

The Quad Resort and Casino, Las Vegas, Nevada (formerly known as Imperial Palace Hotel and Casino) (The Quad)

Bill's Gamblin Hall & Saloon, Las Vegas, Nevada (Bill's Gamblin Hall & Saloon)

Hot Springs Oasis Casino, Las Vegas, Nevada (Hot Springs Oasis)

Harrah's Laughlin Hotel and Casino, Laughlin, Nevada (Harrah's Laughlin)

Harrah's Lake Tahoe Hotel and Casino, Stateline, Nevada (Harrah's Lake Tahoe)

Harvey's Resort and Casino, Stateline, Nevada (Harvey's Lake Tahoe)

5.    Other Counterclaim Defendants and their corporate parents and/or corporate affiliates, as follows:

A.    **TROPICANA ENTERTAINMENT**

**Corporate Parent**:

Tropicana Entertainment, Inc., a publically traded Delaware corporation headquartered at 8345 West Sunset Road, Las Vegas, Nevada, a majority owned subsidiary of Icahn Enterprises, LP.

**Corporate Affiliates (Active)**:

Icahn Enterprises, LP

Insight Portfolio Group, LLC (formerly Icahn Sourcing, LLC)

Greenville Riverboat, LLC

Aztar Corporation

Ares Management, LLC

Ares Management Holdings, LLC

Ares Holdings, LLC

Ares Partners Management, LLC

**Corporate Affiliates (Predecessor/Inactive)**:

Tropicana Entertainment Holdings, LLC

Columbia Properties Vicksburg, LLC

JMBS Casino, LLC

CP Laughlin Realty, LLC

Admar of New Jersey, Inc.

CP Vicksburg

Horizon Vicksburg

**Corporate Hotel/Casino dba Properties**:

Tropicana Casino and Resort, Atlantic City, New Jersey (Tropicana AC)

Casino Aztar, Evansville, Indiana (Casino Aztar)

Tropicana Laughlin Hotel and Casino, Laughlin, Nevada (Tropicana Laughlin)

River Palms Hotel and Casino, Laughlin, Nevada (River Palms)

MontBleu Casino Resort & Spa, South Lake Tahoe, Nevada (MontBleu)

Tropicana Casino, Greenville, Mississippi (Tropicana Greenville)

Belle of Baton Rouge Casino and Hotel, Baton Rouge, Louisiana (Belle of Baton Rouge)

Tropicana Aruba Resort and Casino, Noord, Aruba (Tropicana Aruba)

Lumiere Place Casino, St. Louis, Missouri (Lumiere Place)

Hotel Lumie're, St. Louis, Missouri (Hotel Lumie're)

Four Seasons Hotel, St. Louis, Missouri (Four Seasons)

## B.    CASHELL ENTERPRISES

### Corporate Parent:

Cashell Enterprises, LLC, a Nevada corporation headquartered at 500 Damonte Ranch Parkway, Suite 980, Reno, Nevada, phone (775) 336-4444.

### Corporate Affiliates (Active):

Cashell Management, Inc.

Cashell Oil & Gas Company

Topaz Lodge, Inc.

Topaz Lake Water Co., Inc.

Northpointe Sierra, Inc.

Northpointe Sierra Management, Inc.

Northpointe Sierra Investments, LLC

Winners Hotel and Casino, Inc.

Station Casinos, LLC

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

**Corporate Affiliates (Inactive)**:

RAC II, LLC dba Fitzgerald's Casino and Hotel-Reno (Fitzgerald's-Reno closed permanently in November 2008.)

Cashell Riverboat Management Limited Liability Company

Wild West Enterprises, Inc.

Blue Thunder, Inc.

Muffins West, Inc.

Topaz Gaming, LLC

IMB, Inc.

RAC III, LLC

Vista-Brierley, LLC

**Corporate Hotel/Casino dba Properties**:

Alamo Casino Sparks Petro, Sparks, Nevada

Alamo Casino Las Vegas Petro, North Las Vegas, Nevada

Alamo Casino Mill City TA, Mill City, Nevada

Alamo Casino Las Vegas TA, Las Vegas, Nevada

Alamo Casino Wells, Wells, Nevada

Topaz Lodge and Casino, Topaz Lake, Nevada

Winners Hotel and Casino, Winnemucca, Nevada

C.    **GOLDEN NUGGET HOTELS AND CASINOS**

**Corporate Parent**:

Landry's Gaming, Inc., 1510 West Loop South, Houston, Texas

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

77027, phone (713) 850-1010, a wholly owned subsidiary of Landry's, Inc.

**Corporate Affiliates (Active)**:

Landry's Development, Inc.

Landry's Holdings, Inc.

Landry's Holdings II, Inc.

Landry's Seafood House-Nevada, Inc.

Golden Nugget, Inc.

GNL, Corp.

GNLV, Corp.

RRG Finance Corp.

FSI DEVCO, Inc.

CHLN. Inc.

LSRI Holdings, Inc.

LGE ONE, Inc.

Nevada Acquisition Corp.

Summit One Network, Inc.

CARNOSO, Inc.

Fertitta Entertainment Group, Inc.

Fertitta Group, Inc.

Italian Restaurants Holding Corp.

Bubba Gump Shrimp Co. International, LLC.

Bertolini's of Las Vegas, Inc.

Bertolini's At Village Square, Inc.

Bertolini's Restaurants, Inc.

Bubba Gump Shrimp Co. Restaurants, Inc.

Morton's of Chicago/Flamingo Road Corp.

McCormick & Schmick Restaurant Corp.

Claim Jumper Restaurants, Inc.

Claim Jumper Acquisition Company LLC.

Claim Jumper Restaurant (Santa Ana) LLC.

Claim Jumper Restaurant (Phoenix) LLC.

Claim Jumper Restaurant (Tualatin) LLC.

Claim Jumper Restaurant (Summerlin) LLC.

Rainforest Café, Inc.

T-Rex Café-Reno, Inc.

**Corporate Affiliates (Inactive)**:

Fertitta Entertainment Group, LLC.

**Corporate Hotel/Casino dba Properties**:

Golden Nugget Hotel and Casino, Las Vegas, Nevada (Golden Nugget Las Vegas)

Golden Nugget Hotel and Casino, Atlantic City, New Jersey (Golden Nugget-Atlantic City)

Golden Nugget Hotel and Casino, Biloxi, Mississippi (Golden Nugget-Biloxi)

Golden Nugget Hotel and Casino, Laughlin, Nevada (Golden Nugget-Laughlin)

### D.    POSTER FINANCIAL GROUP dba GNLV CORP.

**Corporate Parent**:

Poster Financial Group Subsidiary, Inc., 300 South 4th Street, Suite 1200, Las Vegas, Nevada, a dissolved Nevada corporation. (Timothy Poster and Tom Breitling were co-owners of the Golden Nugget Hotel and Casino-Las Vegas, dba GNLV Corp., from 2004 to 2005 before selling the hotel/casino property to Landry's Gaming, Inc.) (see Golden Nugget Hotels and Casinos).

**Corporate Affiliates (Active)**:

Meadows Bank

M&M Ventures III, LLC

T.P. Interactive, LLC

**Corporate Affiliates (Inactive)**:

Fertitta Interactive, LLC

Professional Travel Services, Inc.

Fort Apache, Inc.

Travelscape.com, Inc.

Post Time Junkets, Inc.

### E.    RIVER PALMS RESORT CASINO-LAUGHLIN

The River Palms Hotel and Casino in Laughlin, Nevada, is one of numerous hotel and casino properties owned by Tropicana Entertainment, Inc., a majority owned subsidiary of Icahn Enterprises, LP (see Tropicana Entertainment).

## F.    TERRIBLE'S HOTEL & CASINO

**Corporate Parent**:

Affinity Gaming, a publically traded Nevada corporation headquartered at 3755 Breakthrough Way, Suite 300, Las Vegas, Nevada, phone (702) 341-2400.

**Corporate Affiliates (Active)**:

Affinity Gaming Finance Corp.

Golden Gaming, Inc.

The Prima Donna Company, LLC

E-T-T, LLC

**Corporate Affiliates (Inactive)**:

Herbst Gaming, Inc.

Terrible Herbst Slot Operations

Truckee Gaming, Inc.

**Corporate Hotel/Casino dba Properties**:

Terrible's Hotel & Casino, Las Vegas, Nevada (Terrible's Las Vegas) now known as Silver Seven's Hotel & Casino

Town Casino & Bowl, Henderson, Nevada (Henderson Casino)

Primm Valley Resort & Casino, Primm, Nevada (Primm Valley)

Buffalo Bill's Resort & Casino, Primm, Nevada (Buffalo Bill's)

Whiskey Pete's Resort and Casino, Primm, Nevada (Whiskey Pete's)

Rail City Casino, Sparks, Nevada (Rail City)

St. Jo Frontier Casino, St. Joseph, Missouri (St. Jo)

Mark Twain Riverboat Casino, La Grange, Missouri (Mark Twain)

Lakeside Casino Resort, Lakeside, Iowa (Lakeside Iowa)

Golden Mardi Gras Casino, Black Hawk, Colorado (Golden Mardi Gras)

Golden Gates Casino, Black Hawk, Colorado (Golden Gates)

Golden Gulch Casino, Black Hawk, Colorado (Golden Gulch)

**Former Corporate Hotel/Casino dba Properties**:

Sands Regency Casino Hotel, Reno, Nevada

Gold Ranch Casino and RV Resort, Verdi, Nevada

Dayton Depot Casino, Dayton, Nevada

Terrible's Town Casino, Pahrump, Nevada

Terrible's Lakeside Casino and RV Park, Pahrump, Nevada

Terrible's Searchlight Casino, Searchlight, Nevada

## G.    STATION CASINOS

**Corporate Parent**:

Stations Casinos LLC, a Nevada limited liability company headquartered at 1505 South Pavilion Center Drive, Las Vegas, Nevada 89135, phone (702) 495-3000, successor of Station Casinos, Inc.

**Corporate Affiliates (Active)**:

Station Voteco, LLC

Station Holdco, LLC

F.I. Station Investor, LLC

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

1

2        Station GVR Acquisition, LLC

3        Fertitta Entertainment, LLC

4        Fertitta Interactive, LLC

5        Ultimate Gaming

6        CV PROPCO, LLC

7        Louise Elkhorn Properties, LLC

8        Town Center Amusements, Inc.

9

10       Green's Café, LLC

11       Sunset Green Valley, LLC

12       N.P. Redrock, LLC

13       N.P. Boulder, LLC

14       N.P. Palace, LLC

15       N.P. Sunset, LLC

16

17       N.P. Tropicana, LLC

18       N.P. Fiesta, LLC

19       N.P. Goldrush, LLC

20

21       N.P. Lake Mead, LLC

22       N.P. Magic Star, LLC

23       N.P. Rancho, LLC

24

25       N.P. Santa Fe, LLC

26       N.P. Texas, LLC

27

28

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

14

N.P. River Central, LLC

N.P. Lando Holdco, LLC

N.P. Green Valley, LLC

**Corporate Affiliates (Inactive)**:

Stations Casinos, Inc.

Aliente Gaming, LLC

Green Valley Ranch Gaming, LLC

Aliente Station, LLC

Palms Casino Resort

Rancho Road, LLC

Richfield Homes, Inc.

**Corporate Hotel/Casino dba Properties**:

Red Rock Hotel and Casino, Summerlin, Nevada (Red Rock)

Green Valley Ranch Hotel and Casino, Henderson, Nevada (Green Valley Ranch)

Palace Station Hotel and Casino, Las Vegas, Nevada (Palace Station)

Boulder Station Hotel and Casino, Henderson, Nevada (Boulder Station)

Texas Station Hotel and Casino, North Las Vegas, Nevada (Texas Station)

Sunset Station Hotel and Casino, Henderson, Nevada (Sunset Station)

Santa Fe Station Hotel and Casino, North Las Vegas, Nevada (Santa Fe Station)

Fiesta Rancho Hotel and Casino, North Las Vegas, Nevada (Fiesta Rancho)

Fiesta Casino, Henderson, Nevada (Fiesta Casino)

Wild Wild West Hotel and Casino, Las Vegas, Nevada (Wild Wild West)

Wild Fire Rancho Casino, North Las Vegas, Nevada (Wild Fire Rancho)

Wild Fire Boulder Casino, Henderson, Nevada (Wild Fire Boulder)

Wild Fire Sunset Casino, Las Vegas, Nevada (Wild Fire Sunset)

Lake Mead Casino, Henderson, Nevada (Lake Mead Casino)

Barley's Casino & Brewing Company, Henderson, Nevada (Barley's)

The Greens Gaming & Dining, Henderson, Nevada (The Greens)

Wild Fire Lanes and Casino, Henderson, Nevada (Wild Fire Lanes)

**Managed Native American Casino Properties**:

Gun Lake Casino, Allegan County, Michigan

Graton Rancheria Casino, Rohnert Park, California

North Fork Rancheria, Fresno, California

**H.    TROPICANA LAS VEGAS**

**Corporate Parent**:

Tropicana Las Vegas Hotel & Casino, Inc., a publically traded Delaware corporation headquartered at 3801 Las Vegas Boulevard, Las Vegas, Nevada, phone (702) 739-3530.

**Corporate Affiliates (Active)**:

Tropicana Las Vegas Holdings, LLC

Tropicana Las Vegas Intermediate Holdings, Inc.

Tropicana Las Vegas Resort & Casino, LLC

Tropicana Las Vegas, Inc.

Aztar Corporation

Trillant Gaming Nevada, Inc.

Trillant Management, LP

Onex Corporation

Onex Armenco Gaming I through XI, LP

BBC LV, LLC (Bagatelle Beach Café Las Vegas)

**Corporate Affiliates (Predecessor/Inactive)**:

Tropicana Entertainment Holding, LLC

Adamar of Nevada

Hotel Ramada of Nevada, LLC

Tropicana Development Company, LLC

Tropicana Enterprises

Tropicana Real Estate Company, LLC

**Corporate Hotel/Casino dba Properties**:

Tropicana Hotel and Casino, Las Vegas

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3669
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

## I.    PIONEER HOTEL & GAMBLING HALL

**Corporate Parent**:

Archon Corporation, a publicly traded Nevada corporation headquartered at 2200 Casino Drive, Laughlin, Nevada 89029, phone (702) 732-9120.  The corporation's wholly owned subsidiary, Pioneer Hotel, Inc., operates the Pioneer Hotel & Gambling Hall in Laughlin, Nevada.

**Corporate Affiliates (Active)**:

Pioneer Hotel, Inc.

Sahara Las Vegas Corp.

Sahara Nevada Corp.

Hacienda Hotel, Inc.

SFM, Inc.

Santa Fe Mining Company, LLC

LICO

PIVLO JLO, LLC

SFHI, Inc.

Suzanne Louden for Lieutenant Governor, LLC

**Corporate Affiliates (Predecessor/Inactive)**:

SFV, Inc.

Nexus Capital Management, LLC

Casino Properties, Inc.

Sahara Resorts

Tempo Advertising, Inc.

Pioneer Finance Corp.

Las Vegas Aces

Santa Fe Coffee Company

Sahara Merger Corp.

Santa Fe Valley, Inc.

Atlantis Gaming Corporation

Archon Management Company

Archon Sparks Management Company

Slot Tables, Inc.

LICO II, LLC

Vintage Capital, LLC

Paradyme Corporation

**Corporate Hotel/Casino dba Properties**:

Pioneer Hotel and Gambling Hall, Laughlin, Nevada

(Archon Corporation also owns and leases commercial properties

located in Boston, Massachusetts, Gaithersburg, Maryland, and Las

Vegas, Nevada

**J.    RIVERSIDE RESORT**

**Corporate Parent**:

Riverside Resort and Casino, Inc., a Nevada corporation, principally
owned by Dan and Donald Laughlin, and headquartered at 1650
South Casino Drive, Laughlin, Nevada 89029, phone (702) 298-
2535.

**Corporate Affiliates (Active)**:

Bonus Blackjack, LLC

Laughlin Communications, Inc.

Laughlin Transit, Inc.

No Peek 21

Adrenaline Unleashed, LLC

Laughlin-Bullhead City Foundation, Inc.

The Laughlin Community Recreational Center, Inc.

**Corporate Affiliates (Inactive)**:

Laughlin Recreational Enterprises, Inc.

Key Logo International, Inc.

Catch A Wave, Inc.

Laughlin Family Enterprises, Inc.

Laughlin Charitable Foundation

Galaxy Gaming, LLC

**Corporate Hotel/Casino dba Properties**:

Pioneer Resort Hotel and Casino, Laughlin, Nevada

**K.    JERRY'S NUGGET**

**Corporate Parent**:

Jerry's Nugget, a privately held Nevada corporation principally owned by Jeremy and Joseph Stamis, and headquartered at 1821 North Las Vegas Boulevard, North Las Vegas, Nevada 89030, phone (702) 399-3000.

**Corporate Affiliates (Active)**:

Spartan Gaming, LLC

California Nugget, Inc.

Livathia Imports II, LLC

**Corporate Affiliates (Predecessor/Inactive)**:

Townhouse Bar

Bonanza Club

Prado, LLC

Stamis Family, LLC

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

**Corporate Hotel/Casino dba Properties**:

Jerry's Nugget Casino, North Las Vegas, Nevada

**L.    LAKESIDE INN & CASINO**

**Corporate Parent**:

Lakeside Inn, Inc., a privately held Nevada corporation located at
168 Highway 50, P.O. Box 5640, Stateline, Nevada 89449, phone
(775) 588-7777.

**Corporate Affiliates (Active)**:

Tahoe Retail, LLC

LRM Development, LLC

Tahoe Tomorrow

Adventure Motorcycle Rendezvous, LLC

Wild West Investments Partners, LLC

Nevada Orthopedic & Spine Center, LLP

**Corporate Affiliates (Inactive)**:

Inge's Enterprise

Spankys Red Menace, LLC

Wild West Surgery Center, LLC

Bradford, McNulty, Rimoldi, Santos & Taylor, LLP

Michael F. Bradford, M.D. Ltd.

Orthopedic Trauma Specialists, LLP

**M.    SILVER LEGACY**

**Corporate Parent**:

Circus and Eldorado Joint Venture/Silver Legacy Capital Corp., a
Nevada general partnership headquartered at 407 North Virginia
Street, Reno, phone (800) 687-7733.

**Corporate Affiliates**:

Circus and Eldorado Joint Venture, LLC

Silver Legacy Capital Corp.

Eldorado Limited Liability Company

Eldorado Resorts, LLC

Gallion, Inc.

Mandalay Resort Group

MGM Resorts International

(Circus and Eldorado Joint Venture/Silver Legacy Capital Corp., as a combined entity, is a joint venture between Eldorado Limited Liability Company and Gallion, Inc. Eldorado Limited Liability Company is a wholly owned subsidiary of Eldorado Resorts, LLC, which owns the Eldorado Hotel and Casino. Gallion, Inc., the managing partner of Circus and Eldorado Joint Venture/Silver Legacy Capital Corp., is a wholly owned subsidiary of MGM Resorts International, which owns the adjoining Circus Circus Hotel and Casino. At the time of the joint venture, Gallion, Inc., was a wholly owned subsidiary of Mandalay Resort Group, which was subsequently acquired by and became a wholly owned subsidiary of MGM Resorts International.)

**Corporate Hotel/Casino dba Properties**:

Silver Legacy Resort Casino, Reno, Nevada

(Adjoining properties include Circus Circus Hotel and Casino and Eldorado Hotel & Casino.)

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

22

## N.    ELDORADO HOTEL & CASINO

**Corporate Parent**:

Eldorado Resorts, LLC, a privately owned Nevada limited liability company headquartered at 345 North Virginia Street, Reno, Nevada, phone (775) 786-5700.

**Corporate Affiliates (Active)**:

Eldorado Limited Liability Company

Hotel-Casino Management, Inc.

Recreational Enterprises, Inc.

Circus and Eldorado Joint Venture/Silver Legacy Capital Corp.

Circus and Eldorado Joint Venture, LLC

Silver Legacy Capital Corp.

Gallion, Inc.

MGM Resorts International

**Corporate Affiliates (Predecessor/Inactive)**:

Eldorado Hotel Associates Limited Partnership

Mandalay Resort Group

**Corporate Hotel/Casino and Related dba Properties**:

Eldorado Hotel & Casino, Reno, Nevada (Eldorado)

Eldorado Resort & Casino, Shreveport, Louisiana (Eldorado Shreveport)

Ferrari-Carano Vineyards and Winery, Sonoma County, California

Tamarack Junction Casino, Reno, Nevada (Tamarack Junction)

Silver Legacy Resort and Casino, Reno, Nevada (Silver Legacy)

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

**O.    HARRAH'S ENTERTAINMENT, INC.**

Successor of Caesars Entertainment Corporation and adopted Caesars Entertainment Corporation name.  (See Caesars Entertainment.)

**P.    RIO DEVELOPMENT, INC.**

Predecessor of Rio Development Company, Inc., a subsidiary of Caesars Entertainment Corporation/Caesars Entertainment Operating Company, Inc.  (See Caesars Entertainment.)

**Q.    RIO PROPERTIES, INC.**

Predecessor of Rio Properties, LLC, a subsidiary of Caesars Entertainment Corporation/Caesars Entertainment Operating Company, Inc.  (See Caesars Entertainment.)

**R.    HARRAH'S LAS VEGAS, INC.**

Predecessor of Harrah's Las Vegas, LLC, a subsidiary of Caesars Entertainment Corporation/Caesars Entertainment Operating Company, Inc.  (See Caesars Entertainment.)

**S.    HARRAH'S LAUGHLIN, INC.**

Predecessor of Harrah's Laughlin, LLC, a subsidiary of Caesars Entertainment Corporation/Caesars Entertainment Operating Company, Inc.  (See Caesars Entertainment.)

**T.    HARRAH'S OPERATING CO., INC.**

Predecessor of Caesars Entertainment Operating Company, Inc., (see Caesars Entertainment.)

**U.    HARVEY'S TAHOE MANAGEMENT CO., INC.**

Predecessor of Harvey's Tahoe Management Company, Inc., a subsidiary of Caesars Entertainment Corporation/Caesars Entertainment Operating Company, Inc.  (See Caesars Entertainment.)

**V.    PARK PLACE ENTERTAINMENT**

A publically owned company initially formed to operate Hilton Hotel Corporations casino properties, subsequently renamed Caesars Entertainment, which was subsequently acquired by Harrah's

Entertainment, which adopted the Caesars Entertainment name. No longer an active corporate entity.

## W.    MGM RESORTS

**Corporate Parent**:

MGM Resorts International, a publicly traded Delaware corporation headquartered at 3600 Las Vegas Boulevard South, Las Vegas, Nevada, phone (702) 693-7120.

MGM Resorts International owns 15 hotel/resorts and casinos in the U.S.; owns a 50 percent interest in Circus Circus Hotel and Casino in Reno, Nevada; owns a 50 percent interest in the City Center Development in Las Vegas, Nevada, which includes the Aria Resort and Casino, Mandarin Oriental Boutique Hotel, Crystal's Retail Dining and Entertainment District, and Vdara Luxury Condominium Hotel; owns a 50 percent interest in the MGM Grand Paradise Hotel and Casino in Macau, China; owns a 50 percent interest in the Borgata Hotel and Casino in Atlantic City, New Jersey; and owns three golf courses in the U.S.

In June 2004, the Mandalay Resort Group, formerly known as Circus Circus Enterprises, and its wholly owned subsidiary, Gallion, Inc., were purchased by MGM Mirage, the predecessor of MGM Resorts International.

**Corporate Affiliates (Active)**:

MGM Resorts International Design

MGM Resorts International Global Gaming Development, LLC.

MGM Resorts International Marketing, Inc.

MGM Resorts International Operations, Inc.

MGM Resorts Advertising, Inc.

MGM Resorts Aircraft Holdings, LLC

MGM Resorts Arena Holdings, LLC

MGM Resorts Aviation Corp.

MGM Resorts Corporate Services

MGM Resorts Development, LLC

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

MGM Resorts Festival Grounds, LLC

MGM Branding and Development Holdings, LLC

MGM Development Services, Ltd.

MGM Hospitality

MGM China Holdings, Ltd.

City Center Holdings, LLC

MGM Grand Condos, LLC

MGM Grand Condos II, LLC

MGM Grand Condos III, LLC

MGM Grand Hotel, LLC

MGM Hospitality, LLC

MGM International, LLC

MGM National Harbor, LLC

MGM Resorts Limited, LLC

MGM Resorts Macau, LLC

MGM Resorts Management and Technical Services, LLC

OE PUB, LLC

**Corporate Affiliates (Predecessor/Inactive)**:

MGM Jean, LLC

MGM Mirage Acquisition Co. #61

MGM Mirage Development, Inc.

MGM Mirage Human Resources, Inc.

MGM Mirage, Inc.

MGM Mirage International Hong Kong, Ltd.

MGM Mirage Online, LLC

MGM Mirage Restaurant Development, LLC

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

MGM Mirage Risk Management

MGM Mirage U.K. Holding Co., Inc.

MGM Resorts Entertainment and Sports

MGM Resorts International, Inc.

Mandalay Bay Development Corp.

Mandalay Vacation Resorts, Inc.

**Corporate Hotel and/or Casino dba Properties**:

Bellagio Hotel and Casino, Las Vegas, Nevada (Bellagio)

MGM Grand Hotel and Casino, Las Vegas (MGM Grand Las Vegas)

Mandalay Bay Hotel and Casino, Las Vegas (Mandalay Bay)

The Mirage Hotel and Casino, Las Vegas (The Mirage)

Luxor Hotel and Casino, Las Vegas (Luxor)

New York New York Hotel and Casino, Las Vegas (New York New York)

Excalibur Hotel and Casino, Las Vegas (Excalibur)

Monte Carlo Hotel and Casino, Las Vegas (Monte Carlo)

Circus Circus Hotel and Casino, Las Vegas (Circus Circus Las Vegas)

Gold Strike Casino, Jean, Nevada (Gold Strike)

Railroad Pass Casino, Henderson, Nevada (Railroad Pass)

The Signature At MGM Grand, Las Vegas (The Signature)

MGM Grand Hotel and Casino, Detroit, Michigan (MGM Grand Detroit)

Beau Rivage Resort and Casino, Biloxi, Mississippi (Beau Rivage)

Gold Strike Hotel and Casino, Tunica, Mississippi (Gold Strike)

Circus Circus Hotel and Casino, Reno, Nevada, 50 percent ownership interest (Circus Circus-Reno)

City Center Development, Las Vegas, 50 percent ownership interest (City Center) including Aria Resort Casino, Mandarin Oriental Boutique Hotel, Crystal's Retail Dining Entertainment District, Vdara Luxury Condo Hotel

MGM Grand Paradise Resort and Casino, Macau, China, 50 percent ownership interest (MGM Grand Paradise SA)

Borgata Hotel Casino & Spa, Atlantic City, New Jersey (Burgata)

Shadow Creek Golf Club, Las Vegas

Primm Valley Golf Club, Primm, Nevada

Fallen Oak Golf Course, Saucier, Mississippi

## X.    MANDALAY RESORT GROUP

Mandalay Resort Group, formerly known as Circus Circus Enterprises, was purchased in June 2004 by MGM Mirage, the predecessor of MGM Resorts International (see MGM Resorts)

## Y.    CIRCUS CIRCUS HOTEL AND CASINO

Circus Circus Hotel and Casino Las Vegas is a hotel and gaming property wholly owned by MGM Resorts International (see MGM Resorts)

## Z.    PEPPERMILL RESORTS

**Corporate Parent**:

Peppermill Casinos, Inc., a privately held Nevada corporation headquartered at 380 Brinkby Avenue, Suite B, Reno, Nevada 89509, phone (775) 826-8770.

Peppermill Casinos, Inc., and its subsidiaries own six hotel and/or casino properties located in northern, eastern, and southern Nevada. The corporation is principally owned by members of the Carasali, Paganetti, and Seeno families, and their respective family trusts.

**Corporate Affiliates (Active)**:

Pepper Mill, Inc.

Peppermill Properties, LLC

Wendover Casinos, Inc.

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

PACA Limited-Liability Company

Nevada Casinos, Inc.

NC Rubicon, LLC

The Town Club, Inc.

TBN Group, LLC

NCBP, LLC

Coyote Springs Investment, LLC

Pyramid Land Partners, LLC

Red Hawk Land Company, LLC

The Foothills at Wingfield, LLC

Wingfield Nevada Group Management Company, LLC

Coyote Springs Nursery, LLC

Tuffy Ranch Properties, LLC

Wingfield Nevada Group Holding Company, LLC

Western Electronics, Inc.

Albert D. Seeno Construction Co., Inc.

Legacy Builders, Inc.

Sierra Pacific Properties, Inc.

West Coast Home Builders, Inc.

Coyote Springs Resort Management, LLC

Coyote Springs Realty, LLC

Coyote Springs Land Company, LLC

Wingfield Springs Realty, LLC

Coyote Springs Land Development Corporation

Geyser Ranch, LLC

Coyote Springs Reuse Water Company, LLC

Coyote Springs Golf Operations WNG, LLC

Southern Nevada Equipment, LLC

Sierra Bay Contractor's, Inc.

Discovery Builders, Inc.

Discovery Sales, Inc.

Alsan Nevada, LLC

Seecon Financial and Construction Co., Inc.

**Corporate Affiliates (Predecessor/Inactive)**:

Carasali-Paganetti, LLC, a Nevada limited liability company

Sierra Future, Inc.

S.M. Equipment Company, Inc.

Rainbow Associates, Inc.

Western Village Associates, Inc.

Nabill, Ltd.

Reliable Energy Equipment, LLC

Reliable Energy Production, LLC

Reliable Energy Land & Leasing, LLC

HW2, LLC

Reliable Tanner Energy Production, LLC

Muddy River Water, LLC

HW-23, LLC

TNS Corporation

Altom, Ltd.

Wingfield Nevada Group Bottling Company, LLC

Coyote Springs Gas Transmission, LLC

Community Home Sales, Inc.

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

ADS Corporation

**Corporate Hotel and/or Casino dba Properties**:

Peppermill Resort Spa and Casino, Reno, Nevada (Peppermill Resort)

Western Village Inn and Casino, Sparks, Nevada (Western Village)

Montego Bay Hotel Casino Resort, Wendover, Nevada (Montego Bay)

Rainbow Hotel & Casino, Wendover, Nevada (Rainbow)

Peppermill Inn, Restaurant and Fireside Lounge, Las Vegas, Nevada (Peppermill Las Vegas)

Rainbow Club Casino, Henderson, Nevada (Rainbow Club)

## AA.    WENDOVER CASINOS, INC.

Wendover Casinos, Inc., is a wholly owned subsidiary of Peppermill Casinos, Inc., and was initially formed to operate the group's hotel and casino operations in Wendover, Nevada.

## BB.    SPARKS NUGGET

**Corporate Parent**:

Sparks Nugget, Inc., a privately held Nevada corporation headquartered at 1100 Nugget Avenue, Sparks, Nevada 89431, phone (800) 648-1177.

Sparks Nugget, Inc., owns and operates John Ascuaga's Nugget Hotel and Casino, aka Sparks Nugget, located in Sparks, Nevada. The corporation's principal officers, John and Rose Ascuaga, have owned and operated John Ascuaga's Nugget, aka Sparks Nugget, since the 1950's. In later years, the hotel and casino has primarily been operated by their two children, Michonne and Stephen Ascuaga.

The Nevada Gaming Commission recently approved the sale of the Sparks Nugget to an investment and management group consisting of entities known as Husky Finance, and Global Gaming and Hospitality, LLC, owned by Michael Kim and Carlton Geer. Geer previously worked in management positions at the Eldorado Hotel and Casino, and the Peppermill Resort and Casino. Transition of

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

ownership and management of John Ascuaga's Nugget Hotel and Casino is currently in progress.

**Corporate Affiliates (Active)**:

Double JA Land & Livestock Company, Inc.

J & L Real Properties, LLC

Easy Wash, LLC

The Chamber

Washoe K-12 Education Foundation

Global Gaming & Hospitality, LLC

Global Gaming & Hospitality Real Estate Services, LLC

Sterling Resorts, Inc.

Carlton L. Geer, P.C.

Geer Foundation

**Corporate Affiliates (Inactive)**:

Basco, LLC

RE INK of Nevada, LLC

Sparks Nugget Federal Political Action Committee

Sparks Nugget State Political Action Committee

**Corporate Hotel and Casino dba Property**:

John Ascuaga's Nugget Hotel and Casino, Sparks, Nevada (John Ascuaga's Nugget)

## CC.    MESQUITE GAMING

**Corporate Parent**:

Mesquite Gaming, LLC, a Nevada limited liability company headquartered at 950 West Mesquite Boulevard, Mesquite, Nevada 89027, phone (877) 438-2929.

Mesquite Gaming, LLC, was formed in 2011 to purchase the assets of Black Gaming out of bankruptcy, which primarily consisted of the

Casa Blanca Resort Casino Golf and Spa, the Virgin River Hotel Casino and Bingo Parlor, and the Oasis Resort Casino Golf and Spa located in Mesquite, Nevada.  Mesquite Gaming, LLC is 90 percent owned by Newport Global Advisors LP, a Texas investment company; Michael Gaughan and Family, owners of the Southpoint Hotel and Casino; and Anthony Toti, former principal officer of Black Gaming, and CEO of Mesquite Gaming.

**Corporate Affiliates (Active)**:

Newport Global Advisors, LP

NGA Acquisition Co., LLC

NGA Blocker, LLC

NGA Voteco, LLC

NGA Novoteco, LLC

NGA Holdco, LLC

RBG, LLC

Casa Blanca Resorts, LLC

Oasis Interval Ownership, LLC

Oasis Interval Management, LLC

VRCC, LLC

C&HRV, LLC

Mesquite Resort Association

5.47RBI, LLC

Oasis Recreational Properties, Inc.

Michael J. Gaughan Family, LLC

Gaughan South, LLC

Southpoint Hotel and Casino

Southpoint Poker, LLC

World Capital Brokerage, Inc.

33

Stadium Technology Group, LLC

Gaughan Straight Holdings, Inc.

F&M Advertising, LLC

Michael J. Gaughan Airport Slot Concession, Inc.

Las Vegas Events, Inc.

**Corporate Affiliates (Inactive)**:

Black Gaming, Inc.

Gaughan Straight, Ltd.

Coast Resorts, Ltd.

Sahara-Durango Investments, LLC

Gold Coast Hotel and Casino, Limited Partnership

Barbary Coast, Inc.

Barbary Coast Hotel and Casino

Gold Coast Corporation

Barbary Coast Corporation

Sundance Gambling Hall and Saloon, Inc.

Gaughan-Herbst, Inc.

Coastwest, Inc.

Southpoint Racing, LLC

Bella Court, LLC

**Corporate Hotel and Casino dba Properties**:

Casa Blanca Resort Casino Golf and Spa, Mesquite, Nevada (Casa Blanca)

Virgin River Hotel Casino and Bingo, Mesquite, Nevada (Virgin River)

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

Oasis Resort Casino Golf and Spa (Oasis) (the Oasis ceased operations in 2010, and was subsequently demolished.)

DATED this 18th day of December, 2013.

DUNLAP & LAXALT

*Monique Laxalt*

Calvin R. X. Dunlap, Esq.
Nevada State Bar No. 2111
Monique Laxalt, Esq.
Nevada State Bar No. 1969
537 Ralston Street
Reno, Nevada 89503

Joshua D. Wolson (pro hac vice pending)
DILWORTH PAXSON LLP
1500 Market St., Suite 3500E
Philadelphia, PA 19102

*Attorneys for Defendant and Counterclaim Plaintiff Chartwell Advisory Group, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of the foregoing

document will be served via the United States District Court CM/ECF system, as

follows:

David C. McElhinney, Esq.
Lewis and Roca LLP
50 W. Liberty St., Suite 410
Reno, NV 89501


Michael N. Feder, Esq.
Joel Z. Schwarz, Esq.
GORDON SILVER
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169


DATED this 18th day of December, 2013.


*Laura Nielsen*

Employee of the Law Firm of Dunlap and Laxalt

**INDEX OF EXHIBITS**

| Exhibit No. | Description | No. of Pages of Exhibit |
|---|---|---|
| 1 | Affiliates and subsidiaries of Caesars Entertainment Corporation and Caesars Entertainment Operating Company, Inc. | 11 |