UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA DEVELOPMENT CO. dba CLUB CAL NEVA,<br><br>        Plaintiffs,<br><br>vs.<br><br>CHARTWELL ADVISORY GROUP, LTD., et al.,<br><br>        Defendants.<br>_____<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CHARTWELL ADVISORY GROUP, LTD.,<br><br>        Defendant.<br>_____ | 3:13-CV-0602-RFB (VPC) Consolidated with 2:13-CV-2234-RFB (VPC)<br><br>**MINUTES OF THE COURT**<br><br>December 15, 2014 |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:            LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court is counterclaim defendants' joint motion to stay discovery pending resolution of motions to dismiss and to sever (#162). Counterclaim plaintiff Chartwell Advisory Group, Ltd. filed an opposition (#175), and counterclaim defendants' replied (#177). For good

cause appearing, counterclaim defendants' motion to stay discovery (#162) is **GRANTED** pending resolution of the motions to dismiss and sever.

**IT IS SO ORDERED.**

                LANCE S. WILSON, CLERK

                BY: _____/s/_____
                    Deputy Clerk