Calvin R.X. Dunlap
Nevada Bar No. 2111
Monique Laxalt
Nevada Bar No. 1969
DUNLAP AND LAXALT
537 Ralston Street
Reno, NV 89503
Tel: (775) 323-7790

Joshua D. Wolson (*pro hac vice*)
David P. Fitzgibbon (*pro hac vice*)
DILWORTH PAXSON LLP
1500 Market Street, Suite 500E
Philadelphia, PA 19102
*Attorneys for Defendant/Counterclaimant Chartwell Advisory Group, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA DEVELOPMENT CO. d/b/a/ CLUB CAL NEVA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHARTWELL ADVISORY GROUP, LTD.,<br><br>    Defendant.<br><hr>CHARTWELL ADVISORY GROUP, LTD.<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>SIERRA DEVELOPMENT CO., et al.,<br><br>    Counterclaim Defendants. | CASE NO.: 3:13-CV-00602-RFB-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS AGAINST STATION CASINOS, INC. PENDING DISPOSITION OF THE PARALLEL STATE COURT ACTION BY COUNTER DEFENDANT STATION CASINOS, INC.** |

1

Counterclaim Plaintiff CHARTWELL ADVISORY GROUP, LTD., ("Chartwell") by and through its counsel, the law firms of Dunlap & Laxalt and Dilworth Paxson, LLP and Counterclaim Defendant STATION CASINOS, INC., ("Station") by and through its counsel, the law firm of Pisanelli Bice, PLLC HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.      Station filed its Motion To Dismiss Or, In The Alternative, To Stay Proceedings Against Station Casinos, Inc. Pending Disposition Of The Parallel State Court Action [Dkt 272] (the "Motion") on September 22, 2015.  The deadline for Chartwell to file a response to the Motion is October 9, 2015.

2.      Due to scheduling conflicts of counsel, Chartwell requires additional time to file its response.

3.      Therefore, pursuant to Local Rule 6-1, and subject to the approval of the Court, Chartwell and Station agree that the deadline for Chartwell to file a response to the Motion shall be extended to **October 23, 2015.**

4.      This extension is sought in good faith to accommodate the schedules of Chartwell, and their counsel, and is not requested for any improper purpose or delay.

5.      There have been no previous extensions of the response deadline requested by or granted to Chartwell.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

118502648_1

DATED this 2nd day of October, 2015.

PISANELLI BICE, PLLC

/s/ Todd L. Bice
Todd L. Bice, Esq. (No. 4534)
Jordan T. Smith (No. 12097)
Pisanelli Bice, PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel: 702-214-2100
Fax: 702-214-2101
tlb@pisanellibice.com
jts@ pisanellibice.com
*Counsel for Counter Defendant,*
*Station Casinos, Inc.*

DATED this 2nd day of October, 2015.

DILWORTH PAXSON, LLP

/s/ Joshua Wolson
Calvin R.X. Dunlap, Esq. (No. 2111)
Monique Laxalt, Esq. (No. 1969)
537 Ralston Street
Reno, NV 89503
Tel: (775) 323-7790

Joshua Wolson, Esq. (*pro hac vice*)
David Fitzgibbon, Esq. (*pro hac vice*)
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, Pennsylvania 19102
*Attorneys for Counterclaim Plaintiff*
*Chartwell Advisory Group, Ltd.*

## <u>ORDER</u>

The Court, having reviewed and considered the Stipulation of the parties, and good cause appearing therefore, HEREBY ORDERS that the Counterclaim Plaintiff Chartwell Advisory Group, Ltd., shall have up through and including October 23, 2015 in which to file a response .

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 6th day of October, 2015.

3

118502648_1