# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA DEVELOPMENT CO.<br><br>                    Plaintiff,<br><br>       vs.<br><br><br>CHARTWELL ADVISORY GROUP, LTD.<br><br>                    Defendant.<br>-------------------------------------------------<br>CHARTWELL ADVISORY GROUP, LTD.<br><br>                    Counterclaimant,<br>vs.<br><br>SIERRA DEVELOPMENT CO., et al.,<br><br>                    Counterdefendants. | CASE NO. 13cv602 BEN (VPC)<br><br><br><br><br>ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), good cause being shown, the Court hereby DISMISSES all counterclaims against Peppermill, Inc., Peppermill Hotel & Casino, Inc., Wendover Casinos, Inc., and Peppermill Casinos, Inc. WITH PREJUDICE.  Each party shall bear its own costs and fees.

DATED:  May 4, 2016

_____
Hon. Roger T. Benitez
United States District Judge