**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@dickinson-wright.com
JOEL Z. SCHWARZ
Nevada Bar No. 9181
Email: jschwarz@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (702) 382-1661
*Attorneys for Flamingo Paradise Gaming, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA DEVELOPMENT CO. d/b/a/ CLUB CAL NEVA, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARTWELL ADVISORY GROUP, LTD., <br><br> Defendant. | CASE NO. 3:13-cv-00602-RFB-VPC <br><br> CONSOLIDATED WITH CASE NO.: 2:13-CV-002234-RFB-VPC <br><br> **STIPULATION AND [PROPOSED] ORDER FOR STAY OF DISCOVERY PENDING SETTLEMENT** |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTWELL ADVISORY GROUP, LTD., <br><br> Defendant. | |

Counterdefendant Flamingo Paradise Gaming, LLC ("Flamingo Paradise") and Defendant/Counterclaimant Chartwell Advisory Group, Ltd. ("Chartwell"), by and through counsel, HEREBY STIPULATE AND AGREE they have reached a settlement in principle and,

/ / /

/ / /

/ / /

1

therefore, discovery as to said parties shall be stayed pending the execution of settlement documents.

Dated this 12th day of May 2016.

DICKINSON WRIGHT PLLC

/s/ Michael N. Feder
MICHAEL N. FEDER
Nevada Bar No. 7332
JOEL Z. SCHWARZ
Nevada Bar No. 9181
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
*Attorneys for Counterdefendant Flamingo Paradise Gaming, LLC*

Dated this 12th day of May 2016.

DUNLAP & LAXALT

/s/ Joshua D. Wolson
CALVIN R. X. DUNLAP
Nevada Bar No. 211
MONIQUE LAXALT
Nevada Bar No. 1969
539 Ralston Street
Reno, Nevada 89503

and

DILWORTH PAXSON, LLP
JOSHUA D. WOLSON (admitted *pro hac vice*)
David P. Fitzgibbon (admitted *pro hac vice*)
*Attorneys for Defendant/Counterclaimant Chartwell Advisory Group, Ltd.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 13, 2016

LVEGAS 65722-1 67647v1