KENT R. ROBISON, ESQ. – NSB #1167
krobison@rbsllaw.com
SCOTT L. HERNANDEZ, ESQ. – NSB #13147
shernandez@rbsllaw.com
THERESE M. SHANKS, ESQ. – NSB #12890
tshanks@rbsllaw.com
Robison, Belaustegui, Sharp & Low
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:  (775) 329-3151
Facsimile:   (775) 329-7169

*Attorneys for Counterdefendants Peppermill, Inc.;
Peppermill Hotel & Casino, Inc.; Wendover
Casinos, Inc.; and Peppermill Casinos, Inc.*

```
           FILED          RECEIVED
           ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

                MAY 3 1 2016

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY:                            DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA DEVELOPMENT CO. d/b/a CLUB CAL NEVA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHARTWELL ADVISORY GROUP, LTD.,<br><br>    Defendant.<br>_____/<br>CHARTWELL ADVISORY GROUP, LTD.<br><br>    Counterclaimant,<br><br>vs.<br><br>SIERRA DEVELOPMENT CO., et al.,<br><br>    Counterdefendants<br>_____/<br>AND RELATED CLAIMS<br>_____/ | CASE NO. 3:13-CV-00602-RFB-VPC<br><br>CONSOLIDATED WITH CASE NO. 2:13-CV-002234-RCJ-GWF<br><br>**MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST AND ORDER GRANTING MOTION** |

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

Counterdefendants Peppermill, Inc.; Peppermill Hotel & Casino, Inc.; Wendover Casinos, Inc.; and Peppermill Casinos, Inc. (collectively "Peppermill") by and through their attorneys of record, the law firm of Robison, Belaustegui, Sharp & Low, hereby file this Motion for Removal from the /ECF System Service List (the "Motion") in the above-captioned matter.

The basis of this Motion is that Peppermill, Inc., Peppermill Hotel & Casino, Wendover Casinos, Inc. and Peppermill Casinos, Inc. has been dismissed from this action pursuant to this Court's Order [Doc. #397] entered on May 4, 2016.

DATED this 27th day of May, 2016.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

By: _____
KENT R. ROBISON, ESQ.
SCOTT L. HERNANDEZ, ESQ.
THERESE M. SHANKS, ESQ.

*Attorneys for Counterdefendants Peppermill, Inc.; Peppermill Hotel & Casino, Inc.; Wendover Casinos, Inc.; and Peppermill Casinos, Inc.*

## ORDER

IT IS SO ORDERED.
DATED this 31 day of May, 2016.

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify under penalty of perjury that I am an employee of Robison, Belaustegui, Sharp & Low, and that on this date, I caused the foregoing **MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST AND ORDER GRANTING MOTION** to be served by electronically filing the foregoing with the CM/ECF electronic filing system, which will send a notice of electronic filing to the following registered filers in this case:

Calvin R.X. Dunlap   worldlyx@worldnet.att.net, danniellyk@sbcglobal.net

Charles L. Burcham   lsb@thorndal.com, cburcham@thorndal.com, rct@thorndal.com

Joshua J. Hicks (Terminated)   jhicks@bhfs.com, kchouinard@bhfs.com

Katherine F. Parks   kparks@thorndal.com, psb@thorndal.com

Kent R. Robison   krobison@rbslattys.com, jferretto@rbsllaw.com

Kirk B. Lenhard (Terminated)   klenhard@bhfs.com, pkay@bhfs.com

Matthew C. Addison   maddison@mcdonaldcarano.com, nhov@mcdonaldcarano.com

Michael N Feder   mfeder@dickinson-wright.com, kkoehm@dickinson-wright.com, lstewart@dickinson-wright.com

Monique Laxalt   danniellyk@sbcglobal.net

Rodney M. Jean   rjean@lionelsawyer.com

Todd L. Bice   lit@pisanellibice.com, dhh@pisanellibice.com, smt@pisanellibice.com

Joel Z. Schwarz   jschwarz@dickinsonwright.com, bdonaldson@dickinsonwright.com, lstewart@dickinsonwright.com

Jarrod L. Rickard   jlr@skrlawyers.com

Charles M. Vlasic, III   cvlasic@rrblf.com, agennaro@rrblf.com, kkallas@rrblf.com

I. Scott Bogatz   sbogatz@rrblf.com, agennaro@rrblf.com, kkallas@rrblf.com

Chandeni Kaur Sendall   csendall@mcwlaw.com, ehelms@mcwlaw.com

Mark Malloy Weisenmiller   mweisenmiller@gtg.legal, bknotices@gtg.legal, vdimaio@gtg.legal

Christopher M. Humes   chumes@bhfs.com, chebert@bhfs.com, edavis@bhfs.com, jhicks@bhfs.com, klenhard@bhfs.com, pkay@bhfs.com, wcosby@bhfs.com

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

1

1  Therese Shanks    tshanks@rbsllaw.com

2  Joshua Wolson    jwolson@dilworthlaw.com, jabed@dilworthlaw.com

3  Scott L. Hernandez    shernandez@rbsllaw.com, czaehringer@rbsllaw.com

4
   David P. Fitzgibbon    dfitzgibbon@dilworthlaw.com
5
   Jaimie Stilz    jstilz@rrblf.com, agennaro@rrblf.com, kkallas@rrblf.com
6
7  Claire A. Blewitt    cblewitt@dilworthlaw.com

8       DATED this 27th day of ___May___, 2016.

9

10                                        _____
11                                        V. Jayne Ferretto

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

2