Calvin R.X. Dunlap
Nevada Bar No. 2111
Monique Laxalt
Nevada Bar No. 1969
DUNLAP AND LAXALT
537 Ralston Street
Reno, NV 89503
Tel: (775) 323-7790

Joshua D. Wolson (*pro hac vice*)
David Fitzgibbon (*pro hac vice*)
DILWORTH PAXSON LLP
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Tel: (215) 575-7000

*Attorneys for Plaintiff/Counterclaimant*
*Chartwell Advisory Group, Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA DEVELOPMENT CO. d/b/a/ CLUB CAL NEVA, | CASE NO.: 3:13-CV-00602-RCJ-VPC |
| Plaintiffs, | [proposed] ORDER |
| vs. | |
| CHARTWELL ADVISORY GROUP, LTD., | |
| Defendant. | |
| CHARTWELL ADVISORY GROUP, LTD. | |
| Counterclaim Plaintiff, | |
| vs. | |
| SIERRA DEVELOPMENT CO., et al., | |
| Counterclaim Defendants. | |

1  AND NOW, this __14th__ day of ____July_____, 2016, pursuant to Federal
2  Rule of Civil Procedure 41(a), good cause being shown, the Court hereby DISMISSES all
3  counterclaims against Eldorado Resorts, LLC, a Nevada limited liability company sued as
4  Eldorado Hotel and Casino, and Circus and Joint Venture, LLC, a Nevada limited liability
5  company sued as Circus and Eldorado Joint Venture WITH PREJUDICE.  Each party shall bear
6  its own costs and fees.

SO ORDERED:

_____
Honorable Roger T. Benitez
United States District Court Judge