UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SIERRA DEVELOPMENT CO. dba CLUB CAL NEVA,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARTWELL ADVISORY GROUP, LTD.,<br><br>　　　　　　　　　　　　　Defendant.<br><br>AND RELATED CLAIMS. | Case No. 3:13-CV-0602-RTB (VPC)<br><br>**ORDER** |

The following parties shall be terminated on the docket sheet in their entirety by the Clerk on August 4, 2016, unless any party files an objection before that date:

1. Sierra Development Company – dismissed per ECF No. 379;
2. Cashell Enterprises LLC – voluntarily dismissed per order ECF No. 213;
3. Topaz Lodge, Inc. - voluntarily dismissed per order ECF No. 213;
4. Winners Hotel and Casino, Inc. – voluntarily dismissed per order ECF No. 213;
5. Flamingo Paradise Gaming, LLC – dismissed per ECF No. 430;
6. Columbia Properties Laughlin, LLC – dismissed per ECF No. 425; and
7. Columbia Properties Tahoe, LLC – dismiss per ECF No. 425.

The Clerk shall indicate a suggestion of bankruptcy has been filed as to the following party:

1. Affinity Gaming – suggestion of bankruptcy ECF No. 217.

On or before August 4, 2016, counsel shall advise the status of the following properties and list the ECF Nos. concerning their status:

1. Columbia Partners Las Vegas LLC;
2. CP Las Vegas, LLC;
3. Colorado Belle Corp.;
4. Edgewater Hotel Corp.;
5. Log Cabin, Inc.; and
6. Mesquite Gaming, LLC.

To the extent that these entities are no longer parties but no docket entry or court order specifically disposes of these parties, counsel shall take steps to terminate these parties pursuant to a stipulation.

**IT IS SO ORDERED**.

DATED: July 28, 2016.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE