# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA DEVELOPMENT CO.<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHARTWELL ADVISORY GROUP, LTD.<br>　　　　　　　　　Defendant.<br>------------------------------------------------<br>CHARTWELL ADVISORY GROUP, LTD.<br>　　　　　　　　　Counterclaimant,<br>vs.<br>SIERRA DEVELOPMENT CO., et al.,<br>　　　　　　　　　Counterdefendants. | CASE NO. 13cv602 BEN (VPC)<br><br>**STIPULATED ORDER GRANTING PARTIAL SUMMARY JUDGMENT IN FAVOR OF MANDALAY RESORT GROUP**<br><br>[Dkt. # 613] |

　　The Court, having reviewed and considered the Stipulation of the parties, and good cause appearing therefore, HEREBY ORDERS that the Court's prior summary judgment ruling in favor of Counterdefendants on Counterclaim Plaintiff Chartwell

- 1 -

Advisory Group Ltd.'s claims for breach of contract and breach of the duty of good faith and fair dealing (ECF Nos. 578, 580, 581) shall apply to Counts Eight and Nine in Chartwell's Third Amended Answer and Counterclaims.

It is FURTHER ORDERED that summary judgment is GRANTED in favor of Counterdefendant Mandalay Resort Group ("MRG") on Counts Eight and Nine in the Third Amended Counterclaim.

It is FURTHER ORDERED that Chartwell may appeal or otherwise challenge summary judgment in favor of MRG to the same extent as it may against any other Counterdefendant.

**IT IS SO ORDERED.**

DATED: January 17, 2017

_____
Hon. Roger T. Benitez
United States District Judge