UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA DEVELOPMENT CO.<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHARTWELL ADVISORY GROUP, LTD.<br>　　　　　　　　　Defendant.<br>------------------------------------------------<br>CHARTWELL ADVISORY GROUP, LTD.<br>　　　　　　　　　Counterclaimant,<br>vs.<br>SIERRA DEVELOPMENT CO., et al.,<br>　　　　　　　　　Counterdefendants. | CASE NO. 13cv602 BEN (VPC)<br><br>**ORDER DENYING COUNTERCLAIM DEFENDANTS' JOINT MOTION TO CLARIFY ORDER**<br><br>[Dkt. # 617] |

　　　Counterclaim Defendants jointly move for clarification of the order dated January 13, 2017.   The motion is denied.

　　　The Court issued rulings on several motions for summary judgment.   As a

- 1 -

result, at trial Counterclaim Plaintiff Chartwell may pursue breach of contract claims for fees owed on tax refunds or refund credits actually received in amounts certain.  Chartwell may also pursue unjust enrichment claims for fees from potential tax refunds pursued, but waived, abandoned, or exchanged for settling litigation with the State of Nevada and obtaining tax moratorium relief.  This needs no clarification.  The Counterclaim Defendants' arguments now about the doctrine of election of remedies requiring some different result is not the proper subject of a motion for clarification and appears to lack merit.

The motion for clarification is denied.

**IT IS SO ORDERED.**

DATED:  March 1, 2017

_____
Hon. Roger T. Benitez
United States District Judge