# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA DEVELOPMENT CO. d/b/a/ CLUB CAL NEVA, | CASE NO.: 3:13-CV-00602-RCJ-VPC |
| Plaintiffs, | **DEFAULT JUDGMENT** |
| vs. | |
| CHARTWELL ADVISORY GROUP, LTD., | |
| Defendant. | |
| CHARTWELL ADVISORY GROUP, LTD. | |
| Counterclaim Plaintiff, | |
| vs. | |
| SIERRA DEVELOPMENT CO., et al., | |
| Counterclaim Defendants. | |

The Counterclaim Defendant EDGEWATER HOTEL CORP., having failed to appear, plead or otherwise defend in this action, and default having been entered on October 11, 2016, and counsel for Counterclaim Plaintiff, CHARTWELL ADVISORY GROUP, LTD., having requested judgment against the defaulted Defendant and having filed a proper Motion and Declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Counterclaim Plaintiff, CHARTWELL ADVISORY GROUP, LTD., and against Counterclaim Defendant, EDGEWATER HOTEL CORP., in the amount of $270,654.54 plus $34.57 per diem for every day after November 23, 2016 until the judgment is satisfied.

DATED: 9/27/17

ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE