Calvin R.X. Dunlap
Nevada Bar No. 2111
Monique Laxalt
Nevada Bar No. 1969
DUNLAP AND LAXALT
537 Ralston Street
Reno, NV 89503
Tel: (775) 323-7790

Joshua D. Wolson (*pro hac vice*)
Linda Dale Hoffa (*pro hac vice*)
Claire Blewitt (*pro hac vice*)
DILWORTH PAXSON LLP
1500 Market Street, Suite 500E
Philadelphia, PA 19102

*Attorneys for Defendant/Counterclaimant Chartwell Advisory Group, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA DEVELOPMENT CO. d/b/a/ CLUB CAL NEVA,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARTWELL ADVISORY GROUP, LTD.,<br><br>Defendant. | CASE NO.: 3:13-CV-00602-RCJ-VPC<br><br>CONSOLIDATED WITH CASE NO.: 2:13-CV-002234-RFB-VPC<br><br>STIPULATION AND [~~XXXXXXX~~/PROPOSED] ORDER TO EXTEND DEADLINE TO SUBMIT JOINT STATEMENT OF FACTS<br><br>**[First Request]** |

Defendant/Counterclaimant Chartwell Advisory Group, LTD. ("Chartwell"), Counterclaim Defendant Pioneer Hotel, Inc. ("Pioneer"); Counterclaim Defendants Mandalay Resort Group, MGM Resorts International, MSE Investments, Inc., Gold Strike Investments, Inc., Newcastle Corp. and Ramparts, Inc. (collectively, the "Mandalay Parties"); Counterclaim Defendants Harrah's Las Vegas, LLC, Harrah's Laughlin, LLC and Rio Properties, LLC (collectively, the "Harrah's Parties" and together with Pioneer and the Mandalay Parties as "Counterclaim Defendants"), by and through their respective counsel, hereby **STIPULATE AND AGREE AS FOLLOWS**:

1. On January 19, 2018, the Parties appeared before the Court for closing arguments in this matter.

1

120020729_1

2. At the conclusion of the closing arguments, the Court ordered the parties to submit a supplemental agreed upon set of findings of fact and conclusions of law no later than 5:00 p.m. on March 5, 2018 (ECF No. 680).

3. The parties have worked diligently on preparing the joint submission that the Court has requested, including analyzing all of the prior submissions and attempting to reconcile them. However, the parties have not yet completed the process.

4. In order to complete the process, the parties respectfully request an extension from Monday, March 5, 2018, until Friday, March 9, 2018, to complete the preparation of the required submission.

DATED this 2nd day of March, 2018 .

**DILWORTH PAXSON LLP**

*/s/ Joshua D. Wolson*
Joshua D. Wolson, Esq. (*pro hac vice*)
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Calvin R.X. Dunlap, Esq. (Bar No. 2111)
Monique Laxalt, Esq., Bar No. 1969
DUNLAP & LAXALT
537 Ralston Street
Reno, Nevada 89503

*Attorneys for Chartwell Advisory Group, Ltd.*

**PISANELLI BICE PLLC**

*/s/ Robert A. Ryan*
Todd L. Bice, Esq. (Bar No. 4534)
Dustun H. Holmes, Esq. (Bar No. 12776)
Robert A. Ryan, Esq. (Bar No. 12084)
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Counterclaim Defendants Station Casinos, Inc., MGM Hotel, Inc., MGM Resorts International, MSE Investments, Inc., Gold Strike Investments, Inc., Newcastle Corp., and Ramparts, Inc.*

**DICKINSON WRIGHT PLLC**

*/s/ Michael N. Feder*
Michael N. Feder, Esq. (Bar No. 7332)
Joel Z. Schwarz. Esq. (Bar No. 9181)
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
*Attorneys for Harrah's Las Vegas, LLC, Harrah's Laughlin, LLC, and Rio Properties, LLC*

2

120020729_1

## **ORDER**

Based upon the Stipulation of the Parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the parties shall submit a supplemental agreed-upon set of findings of fact and conclusions of law no later than 5:00 p.m. on March 9, 2018.

_____
UNITED STATES DISTRICT JUDGE

DATED: 3/5/18

3

120020729_1