Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Dustun H. Holmes, Esq., Bar No. 12776
DHH@pisanellibice.com
Robert A. Ryan, Esq., Bar No. 12084
RR@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2100

*Attorneys for Pioneer Hotel, Inc.,
Mandalay Resort Group, MGM Resorts International,
MSE Investments, Inc., Gold Strike Investments, Inc.,
Newcastle Corp., and Ramparts, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA DEVELOPMENT CO. d/b/a CLUB CAL NEVA,<br><br>Plaintiff,<br>v.<br><br>CHARTWELL ADVISORY GROUP, LTD.<br><br>Defendant.<br><br>CHARTWELL ADVISORY GROUP, LTD.,<br><br>Counterclaim Plaintiff,<br>v.<br><br>SIERRA DEVELOPMENT CO., *et al.*,<br><br>Counterclaim Defendants. | CASE NO. 3:13-cv-00602-RTB-VPC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION TO FILE MOTION FOR ATTORNEYS FEES AND COSTS AND TO SUBMIT BILL OF COSTS** |

Defendant/Counterclaimant Chartwell Advisory Group, LTD. ("Chartwell"), Counterclaim Defendant Pioneer Hotel, Inc. ("Pioneer"); Counterclaim Defendants Mandalay Resort Group, MGM Resorts International, MSE Investments, Inc., Gold Strike Investments, Inc., Newcastle Corp. and Ramparts, Inc. (collectively, the "Mandalay Parties"); Counterclaim Defendants Harrah's Las Vegas, LLC, Harrah's Laughlin, LLC and Rio Properties, LLC (collectively, the

1

"Harrah's Parties" and together with Pioneer and the Mandalay Parties as "Counterclaim Defendants"), by and through their respective counsel, hereby Stipulate and Agree as Follows:

1. On July 6, 2018, this Court entered its Memorandum Decision following the Bench Trial in this case. [ECF No. 689]

2. That same day, the clerk of the Court entered Judgment in accordance with this Court's Memorandum Decision. [ECF No. 690]

3. Based on these dates, any motions for attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d) and/or requests for taxable costs under Local Rule 54-1 would be due within fourteen (14) days, or by **July 20, 2018**.

4. Following the entry of the Judgment, the Parties have been engaged in settlement discussions that the parties believe may alleviate the need to file motions for attorneys' fees and costs and/or requests for taxable costs.

5. As such, the parties request a short two-week extension of time to file any motions for attorneys' fees and costs under Fed. R. Civ. P. 54(d) and/or any requests for taxable costs under Local Rule 54-1, such that all such motions would be due on or before **August 3, 2018**.

6. The Parties request this extension in good faith and not for any dilatory motive.

DATED this 19th day of July 2018.

| | |
|---|---|
| PISANELLI BICE PLLC | DILWORTH PAXSON LLP |
| By:  /s/ Todd L. Bice  <br>Todd L. Bice, Esq., Bar No. 4534<br>Dustun H. Holmes, Esq., Bar No. 12776<br>Robert A. Ryan, Esq., Bar No. 12084<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada  89101 | By:  /s/ Joshua D. Wolson  <br>Joshua D. Wolson, Esq. (*pro hac vice*)<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br><br>Calvin R.X. Dunlap, Esq., Bar No. 2111<br>Monique Laxalt, Esq., Bar No. 1969<br>DUNLAP & LAXALT<br>537 Ralston Street<br>Reno, Nevada 89503 |
| *Attorneys for Counterclaim Defendants Mandalay Resort Group, MGM Resorts International, MSE Investments, Inc., Gold Strike Investments, Inc., Newcastle Corp., and Ramparts, Inc.* | *Attorneys for Chartwell Advisory Group, Ltd.* |

DICKINSON WRIGHT PLLC

By: /s/ Joel Z. Schwarz
Michael N. Feder, Esq., Bar No. 7332
Joel Z. Schwarz, Esq., Bar No. 9181
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113

*Attorneys for Caesars Entertainment Corporation, Harrah's Las Vegas, LLC, Harrah's Laughlin, LLC, Rio Properties, LLC, Golden Nugget, Inc., GNLV Corp., and Golden Nugget Hotels and Casinos*

## ORDER

Based upon the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

The Deadline for the Parties to submit any motions for attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d) and/or any requests for costs pursuant to Local Rule 54-1 shall be extended from July 20, 2018 to **August 3, 2018**.

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: 7/27/2018

3