1  Todd L. Bice, Esq., Bar No. 4534
   TLB@pisanellibice.com
2  Dustun H. Holmes, Esq., Bar No. 12776
   DHH@pisanellibice.com
3  Robert A. Ryan, Esq., Bar No. 12084
   RR@pisanellibice.com
4  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
5  Las Vegas, Nevada 89101
   Telephone: 702.214.2100
6  Facsimile:  702.214.2100

7  *Attorneys for Pioneer Hotel, Inc.,*
   *Mandalay Resort Group, MGM Resorts International,*
8  *MSE Investments, Inc., Gold Strike Investments, Inc.,*
   *Newcastle Corp., and Ramparts, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA DEVELOPMENT CO. d/b/a CLUB CAL NEVA,<br><br>Plaintiff,<br>v.<br><br>CHARTWELL ADVISORY GROUP, LTD.<br><br>Defendant. | CASE NO. 3:13-cv-00602-RTB-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS AND TO SUBMIT BILL OF COSTS**<br><br>**(FOURTH REQUEST)** |
| CHARTWELL ADVISORY GROUP, LTD.,<br><br>Counterclaim Plaintiff,<br>v.<br><br>SIERRA DEVELOPMENT CO., *et al.*,<br><br>Counterclaim Defendants. | |

Defendant/Counterclaimant Chartwell Advisory Group, LTD. ("Chartwell"), Counterclaim Defendant Pioneer Hotel, Inc. ("Pioneer"); Counterclaim Defendants Mandalay Resort Group, MGM Resorts International, MSE Investments, Inc., Gold Strike Investments, Inc., Newcastle Corp. and Ramparts, Inc. (collectively, the "Mandalay Parties"); Counterclaim Defendants Harrah's Las Vegas, LLC, Harrah's Laughlin, LLC and Rio Properties, LLC (collectively, the "Harrah's Parties" and together with Pioneer and the Mandalay Parties as

1

"Counterclaim Defendants"), by and through their respective counsel, hereby stipulate and agree as Follows:

1. On July 6, 2018, this Court entered its Memorandum Decision following the Bench Trial in this case. [ECF No. 689]

2. That same day, the clerk of the Court entered Judgment in accordance with this Court's Memorandum Decision. [ECF No. 690]

3. Based on these dates, any motions for attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d) and/or requests for taxable costs under Local Rule 54-1 would have been due within fourteen (14) days, or by **July 20, 2018**.

4. On July 19, 2018, the Parties filed a Stipulation and Proposed Order to extend the July 20, 2018 deadline to August 3, 2018 so the Parties could explore the possibility of resolution [ECF No. 691].

5. The Court granted this Stipulation on July 27, 2018. [ECF No. 695]

6. On August 1, 2018, the parties sought an additional two week extension of the August 3, 2018 date as negotiations were ongoing. [ECF No. 692]

7. Again, on August 15, 2018, the parties sought another two week extension to August 31, 2018. [ECF No. 698]

8. The Parties continue to explore the possibility of resolution and seek one final extension to see if a full resolution is workable.

9. As such, the parties request an additional two-week extension of time to file any motions for attorneys' fees and costs under Fed. R. Civ. P. 54(d) and/or any requests for taxable costs under Local Rule 54-1, such that all such motions and requests would be due on or before **September 14, 2018**.

10. The Parties request this extension in good faith and not for any dilatory motive.

DATED this 30th day of August, 2018.

| PISANELLI BICE PLLC | DILWORTH PAXSON LLP |
|---|---|
| By: /s/ Todd L. Bice<br>Todd L. Bice, Esq., Bar No. 4534<br>Dustun H. Holmes, Esq., Bar No. 12776<br>Robert A. Ryan, Esq., Bar No. 12084<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 | By: /s/ Joshua D. Wolson<br>Joshua D. Wolson, Esq. (*pro hac vice*)<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br><br>Calvin R.X. Dunlap, Esq., Bar No. 2111<br>Monique Laxalt, Esq., Bar No. 1969<br>DUNLAP & LAXALT<br>537 Ralston Street<br>Reno, Nevada 89503 |
| *Attorneys for Counterclaim Defendants Mandalay Resort Group, MGM Resorts International, MSE Investments, Inc., Gold Strike Investments, Inc., Newcastle Corp., and Ramparts, Inc.* | *Attorneys for Chartwell Advisory Group, Ltd.* |

DICKINSON WRIGHT PLLC

By: /s/ Michael N. Feder
Michael N. Feder, Esq., Bar No. 7332
Joel Z. Schwarz, Esq., Bar No. 9181
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113

*Attorneys for Caesars Entertainment Corporation, Harrah's Las Vegas, LLC, Harrah's Laughlin, LLC, Rio Properties, LLC, Golden Nugget, Inc., GNLV Corp., and Golden Nugget Hotels and Casinos*

**ORDER**

Based upon the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

The Deadline for the Parties to submit any motions for attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d) and/or any requests for costs pursuant to Local Rule 54-1 shall be extended to **September 14, 2018**.

IT IS SO ORDERED.

U.S. DISTRICT COURT JUDGE

DATED: 9/4/18

3